UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PERMANENT GENERAL ASSURANCE CORPORATION,**

**Plaintiff,**

**v.** **Case No. 6:24-cv-1627-CEM-RMN**

**ALEXANDER MONELL, CHAMPIONNLIFESTYLE, INC,**

**Defendants.**

______________________________/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Fourth Motion for Default Judgment (Doc. 62). The United States Magistrate Judge issued a Report and Recommendation (Doc. 63), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 63) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Fourth Motion for Default Judgment (Doc. 62) is **GRANTED**.

a. Count II of the Amended Complaint is **DISMISSED with prejudice**.

b. The Clerk is directed to enter default declaratory judgment against Defendants and in favor of Plaintiff, declaring that Plaintiff's policy FL6547265 (Doc. 31-1) does not afford coverage to Defendants for claims arising from damage to the Lamborghini Huracan rented by Plaintiff on or about October 30, 2023 or to the Chevrolet Corvette rented by Plaintiff on or about November 1, 2023; Plaintiff does not owe Defendants any money for damage to the rented vehicles; and if a claim is made against Monell for damage to either vehicle, Plaintiff does not owe Monell a defense or indemnification for such claim.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 24, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record